# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BRIAN PARKER #224176,

        Plaintiff,                            Civil Case Number: 06-12676

v.                                           JUDGE PAUL D. BORMAN
                                                MAG. JUDGE WALLACE CAPEL, JR.
RONALD CASSA                          UNITED STATES DISTRICT COURT

        Defendant.
_____ /

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR OF DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE

      The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on November 2, 2006, as well as any objections filed thereto,

      **IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this Court.

                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: November 27, 2006

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 27, 2006.

                                                s/Denise Goodine
                                                Case Manager